

# KING & JURGENS LLC

201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
504.582.3800  main
504.582.1233  fax

**James D. Bercaw**
Attorney at Law
jbercaw@kingjurgens.com
504.582.1272 Direct

March 10, 2026

VIA ~~REGISTERED MAIL FIRST-CLASS~~ *PRIORITY* INTERNATIONAL
~~RETURN RECEIPT REQUESTED~~, NO. *CH250104865 US*

General Directorate for International Law and Foreign Relations
Adalet Bakanlığı Ek Binası
Namık Kemal Mah. Milli Müdafaa Caddesi No:22
Çankaya / Ankara Türkiye

Re: *Sonan Bunkers UK LIMITED v. Capramar Gemi Isletmeciligi Ltd. Sti. et al.*
Civ. A. No. 2:26-cv-00329 (E.D. La.)

Dear Sirs:

We represent the plaintiff, Sonan Bunkers UK LIMITED in the referenced civil action. In accordance with the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters you are respectfully requested to effect service on the following defendant:

Blue Ocean Shipping & Carriers Co.
Spor Caddesi 84,
Cavusoglu Mah, Kartal, 34873,
Istanbul, Türkiye

of the following pleadings, forms and papers:

1. Request for Service Abroad of Judicial or Extrajudicial Documents
2. Turkish translation of Request for Service Abroad of Judicial or Extrajudicial Documents
3. Complaint (Doc. 1)
4. Turkish translation of Complaint
5. Summons directed to Blue Ocean (Doc. 3-1)
6. Turkish translation of Summons directed to Blue Ocean
7. Certificate of Accuracy

**EXHIBIT B**

General Directorate for International Law and Foreign Relations
March 10, 2026
Page 2


I have enclosed two copies of the foregoing documents for your use in compliance with the referenced Hague Service Convention.

Upon completion of service of the foregoing documents, we respectfully request your returning a completed Certificate / Attestation reflecting completion of service to me at the address appearing in this correspondence:

James D. Bercaw
King & Jurgens, L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70001
USA

Should you have any questions or concerns about the foregoing request, please contact me at +1.504.582.3800.

Many thanks in advance for your cooperation and assistance.

Respectfully submitted:

James D. Bercaw

EXHIBIT B

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant**<br>Identité et adresse du requérant | **Address of receiving authority**<br>Adresse de l'autorité destinataire |
|---|---|
| James D. Bercaw, Counsel for Sonan Bunkers UK LIMITED<br>King & Jurgens, L.L.C., 201 St. Charles Avenue<br>New Orleans, Louisiana 70170 United States of America | Directorate General for Foreign Relations and EU Affairs, Ministry of Justice; Adalet Bakanlığı Ek Binası; Namık Kemal Mah. Milli Müdafaa Caddesi No:22; Kızılay Çankaya / ANKARA TÜRKIYE |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)

> Blue Ocean Shipping & Carriers Co.
> Spor Caddesi 84,
> Cavusoglu Mah, Kartal, 34873, Istanbul, Türkiye

| | | |
|---|---|---|
| ☐ | a) | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph *b)* of the first paragraph of Article 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :<br>_____ |
| ☒ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

***List of documents*** / *Énumération des pièces*

- Complaint
- Summons directed to Blue Ocean Shipping & Carriers Co.
  Request for Service Abroad of Judicial and Extrajudicial Documents

\* if appropriate / s'il y a lieu

| **Done at** / Fait à  New Orleans, Louisiana<br><br>**The** / le  *25th day of February 2026* | **Signature and/or stamp**<br>Signature et / ou cachet<br><br>*James D. Bmo* |
|---|---|

EXHIBIT B

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| | |
|---|---|
| **— the (date)** / le (date): | ____ |
| **— at (place, street, number):**<br>à (localité, rue, numéro) : | ____ |

**— in one of the following methods authorised by Article 5:**
dans une des formes suivantes prévues à l'article 5 :

| | | |
|---|---|---|
| ☐ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **in accordance with the following particular method\*:**<br>selon la forme particulière suivante\* :<br>____ |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily\***<br>par remise simple\* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | ____ |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | ____ |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\* :

| |
|---|
| ____ |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

**Annexes** / Annexes

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | ____ |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | ____ |

\* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à ____,<br><br>**The** / le ____ | **Signature and/or stamp**<br>Signature et / ou cachet |

EXHIBIT B

# WARNING
## AVERTISSEMENT

---

**Identity and address of the addressee**
Identité et adresse du destinataire
Blue Ocean Shipping & Carriers Co.
Spor Caddesi 84,
Cavusoglu Mah, Kartal, 34873,
Istanbul, Türkiye

---

## IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :



**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

Permanent Bureau September 2011

EXHIBIT B

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 *(article 5, alinéa 4).*

| | |
|---|---|
| **Name and address of the requesting authority:** <br> Nom et adresse de l'autorité requérante : | James D. Bercaw, King & Jurgens, L.L.C. <br> 201 St. Charles Avenue, Suite 4500 <br> New Orleans, Louisiana 70170 USA |
| **Particulars of the parties\*:** <br> Identité des parties\* : | Sonan Bunkers UK LIMITED - Plaintiff <br> Blue Ocean Shipping & Carriers Co. - Defendant <br> Capramar Gemi Isletmeciligi Ltd. Sti. - Defendant |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

## ☒ JUDICIAL DOCUMENT\*\*
### ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | Complaint and Summons to begin proceedings by Sonan Bunkers UK LIMITED against Blue Ocean Shipping & Carriers Co. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** <br> Nature et objet de l'instance, le cas échéant, le montant du litige : | Claim to recover $205,520, attorneys' fees, interest, and costs for failure to pay for marine fuel / bunkers delivered to M/V SIGMA |
| **Date and Place for entering appearance\*\*:** <br> Date et lieu de la comparution\*\* : | Twenty-one days after receipt of service of requested documents. United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Suite 4500, New Orleans, Louisiana 70130 USA |
| **Court which has given judgment\*\*:** <br> Juridiction qui a rendu la décision\*\* : | n/a |
| **Date of judgment\*\*:** <br> Date de la décision\*\* : | n/a |
| **Time limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | Twenty-one (21) days after receipt of service of the requested documents. |

\*\* if appropriate / s'il y a lieu

## ☐ EXTRAJUDICIAL DOCUMENT\*\*
### ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | —— |
| **Time-limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | —— |

\*\* if appropriate / s'il y a lieu

EXHIBIT B

# ADLİ VEYA GAYRI ADLİ EVRAKIN YABANCI MEMLEKETLERDE TEBLİĞİ İÇİN TALEPNAME

## REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### *DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**La Haye'de 15 Kasım 1965 tarihinde imzalanan hukukî ve ticarî konularda adli ve gayrı adli evrakın yabancı memleketlerde tebliğine dair sözleşme.**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| Talep eden makamın kimliği ve adresi | Muhatap makamın adresi |
|---|---|
| Identity and address of the applicant  *Identité et adresse du requérant* | Address of receiving authority  *Adresse de l'autorité destinataire* |
| **James D. Bercaw, Sonan Bunkers UK LIMITED vekili King & Jurgens, L.L.C. 201 St. Charles Avenue New Orleans, Louisiana 70170 Amerika Birleşik Devletleri** | **Directorate General for Foreign Relations and EU Affairs, Ministry of Justice Adalet Bakanlığı Ek Binası Namık Kemal Mah. Milli Müdafaa Caddesi No:22 Kızılay Çankaya / ANKARA TÜRKİYE** |
| Dosya No / File Number | |

**Aşağıda imzası bulunan müracaatçı, aşağıda listesi bulunan evrakı iki nüsha halinde göndermek ve bir nüshasının sözleşmenin 5. Maddesine uygun olarak yine aşağıda belirtilen usulde, en kısa zamanda muhataba tebliğini talep etmekle şeref duyar:**

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**(Muhatabın açık kimlik ve adresi )**
( identity and address)
(identité  et adresse)

Blue Ocean Shipping & Carriers Co.

Spor Caddesi 84,

Cavusoglu Mah, Kartal, 34873, Istanbul, Türkiye

| | | |
|---|---|---|
| ☐ | a) | **Sözleşmenin 5 inci maddesinin birinci fıkrasının (a) bendindeki  hükme göre\*** in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\* *selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | b) | **Aşağıdaki özel usul  ile (5 inci maddenin birinci fıkrasının (b) bendi)\*** in accordance with the following particular method (sub-paragraph *b*) of the first paragraph of Article 5)\*: *selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :* |
| ☒ | c) | **Kendi arzusu ile kabul ettiği takdirde muhataba tevdi suretiyle (5 inci maddenin ikinci fıkrası)\*** by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\* *le cas échéant, par remise simple (article 5, alinéa 2)\** |

**Talepte bulunan, tebliğ edilen evrak ile eklerinin\* birer nüshasının ekli tasdikname ile birlikte iadesini veya iadesinin teminini makamdan rica eder.**

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

### *Evrak Listesi:*
List of documents / *Énumération des pièces*

• Complaint (Dava Dilekçesi)

• Summons directed to Blue Ocean Shipping & Carriers Co. (Blue Ocean Shipping & Carriers Co.'ya yönelik Mahkeme Çağrı Kâğıdı)

• Request for Service Abroad of Judicial and Extrajudicial Documents (Adli ve Gayri adli Belgelerin Yabancı Memleketlerde Tebliği Talebi)

\* Gerekli görüldüğü takdirde
   if appropriate / *s'il y a lieu*

| Yer adı | İmza ve/veya mühür |
|---|---|
| Done at / *Fait à New Orleans, Louisiana* | |
| **Tarih** the *I le*   ~~day of February 2026~~ | Signature et / ou cachet |

EXHIBIT B

# TASDIKNAME
CERTIFICATE
*ATTESTATION*

**Aşağıda imzası bulunan makam, Sözleşmenin 6 ncı maddesi uyarınca tasdik etmekle şeref duyar.**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. Evrak tebliğ edilmiştir***
   that the document has been served *
   *que la demande a été exécutée**

| | |
|---|---|
| **– tarihi:**<br>the (date) / *le (date) :* | |
| **– yer,cadde,sokak,numara:**<br>at (place, street, number) / *à (localité, rue, numéro) :* | |

| | | |
|---|---|---|
| **– aşağıda gösterilen ve 5 inci maddede öngörülmüş olan usullerden biri ile:**<br>in one of the following methods authorised by Article 5:<br>*dans une des formes suivantes prévues à l'article 5 :* | | |
| ☐ | *a)* | **Sözleşmenin 5 inci maddesinin birinci fıkrasının (a) bendindeki hükme göre***<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | *b)* | **Aşağıdaki özel usul ile***:<br>in accordance with the following particular method*:<br>*selon la forme particulière suivante* :* |
| ☐ | *c)* | **Kendi arzusu ile kabul eden muhataba tevdi suretiyle***<br>by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple** |

**Talepte sözü edilen, evrakın kendisine tevdi edildiği kimse:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Şahsın kimliği ve sıfatı:**<br>Identity and description of person :<br>*Identité et qualité de la personne :* | |
| **Bu şahsın muhataba olan yakınlığı (ailevi, iş veya başka):**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | ———— |

☐ **2. Aşağıda bildirilen nedenlerle evrak tebliğ edilmemiştir***:
   that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants* :*

| |
|---|
| ———— |

☐ **Müracaatçının ilişik belgede açıklanan masrafları sözleşmenin 12 nci maddesinin ikinci fıkrası uyarınca ödemesi rica olunur*.**
   In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
   *Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

*Ekler*
Annexes / *Annexes*

| | |
|---|---|
| **İade olunan belgeler:**<br>Documents returned:<br>*Pièces renvoyées :* | |
| **Lüzumu halinde tebliğ işlemini tesbit eden vesikalar:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

* Gerekli görüldüğü takdirde
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Yer adı**<br>Done at / *Fait à* | **İmza ve/veya mühür**<br>Signature and/or stamp / *Signature et / ou cachet* |
| **Tarih**<br>the / *le* | |

UHDİGM 2017

<span style="color:red">EXHIBIT B</span>

# UYARI
## WARNING
### *AVERTISSEMENT*

**Muhatabın kimliği ve adresi**
Identity and address of the addressee
*Identité et adresse du destinataire*

Blue Ocean Shipping & Carriers Co.

Spor Caddesi 84,

Cavusoglu Mah, Kartal, 34873,

## ÖNEMLİ DUYURU

**EKLİ BELGE ADLİ NİTELİKTE OLUP; HAKLARINIZI VE SORUMLULUKLARINIZI ETKİLEYEBİLİR. "TEBLİĞ EDİLECEK BELGELERİN ÖZETİ" SİZE BELGENİN MAHİYETİ VE AMACI HAKKINDA BAZI BİLGİLER VERECEKTİR. YALNIZ, BELGENİN KENDİSİNİ DİKKATLİCE OKUMALISINIZ. ADLİ DANISMA TALEP ETMEK GEREKEBİLİR.**

**MALİ İMKANLARINIZ YETERSİZ İSE YAŞAMAKTA OLDUĞUNUZ MEMLEKETTE VEYA BELGENİN DÜZENLENDİĞİ MEMLEKETTE ADLİ YARDIM VEYA DANIŞMA SAĞLAMA HUSUSUNDA BİLGİ EDİNMELİSİNİZ.**

**BELGENİN DÜZENLENDİĞİ MEMLEKETTEKİ ADLİ YARDIM VEYA ADLİ DANIŞMA SAĞLAMA İMKANI İÇİN BAŞVURULAR AŞAĞIDAKİ MAKAMA YAPILABİLİR :**

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

**Tebligattaki standart kavramların, İngilizce ve Fransızca ve gerekli olduğu takdirde ayrıca evrakın düzenlendiği ülkenin resmi dillerinden birinde yazılması tavsiye edilir. Boşluklar, evrakın gönderileceği ülkenin dilinde veya İngilizce veya Fransızca olarak doldurulabilir.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

EXHIBIT B

# TEBLİĞ EDİLECEK EVRAKIN ÖZETİ
## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**La Haye'de 15 Kasım 1965 tarihinde imzalanan hukukî ve ticarî konularda adli ve gayrı adli evrakın yabancı memleketlerde tebliğine dair sözleşme (Madde 5, fıkra 4)**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Talep eden makamın adı ve adresi:** <br> Name and address of the requesting authority: <br> *Nom et adresse de l'autorité requérante :* | James D. Bercaw, King & Jurgens, L.L.C., 201 St. Charles Avenue, Suite 4500, New Orleans, Louisiana 70170, Amerika Birleşik Devletleri |
| **Tarafların kimlikleri\*:** <br> Particulars of the parties\*: <br> *Identité des parties\* :* | Sonan Bunkers UK LIMITED – Davacı <br> Blue Ocean Shipping & Carriers Co. – Davalı <br> Capramar Gemi İşletmeciliği Ltd. Şti. – Davalı |

## ✖ ADLİ EVRAK\*\*
### JUDICIAL DOCUMENT\*\*
### *ACTE JUDICIAIRE\*\**

| | |
|---|---|
| **Evrakın mahiyeti ve niçin gönderildiği:** <br> Nature and purpose of the document: <br> *Nature et objet de l'acte :* | Sonan Bunkers UK LIMITED tarafından davalı Blue Ocean Shipping & Carriers Co.'ya karşı dava başlatılması amacıyla düzenlenen dava dilekçesi ve mahkeme çağrı kâğıdı. |
| **Davanın mahiyeti ve amacı ile var ise ihtilaf konusu meblağ:** <br> Nature and purpose of the proceedings and, when appropriate, the amount in dispute: <br> *Nature et objet de l'instance, le cas échéant, le montant du litige :* | M/V SIGMA gemisine teslim edilen yakıt (bunker) bedelinin ödenmemesi nedeniyle 205.520 ABD Doları tutarındaki alacağın, avukatlık ücretleri, faiz ve yargılama giderleri ile birlikte tahsiline ilişkin talep |
| **Duruşmanın yeri ve tarihi\*\*:** <br> Date and Place for entering appearance\*\*: <br> *Date et lieu de la comparution\*\* :* | Tebligatın alınmasından itibaren yirmi bir (21) gün içinde. Amerika Birleşik Devletleri Louisiana Doğu Bölgesi Federal Bölge Mahkemesi, 500 Poydras Street, Suite 4500, New Orleans, Louisiana 70130, ABD |
| **Kararı veren mahkeme\*\*:** <br> Court which has given judgment\*\*: <br> *Juridiction qui a rendu la décision\*\* :* | n/a |
| **Karar tarihi\*\*:** <br> Date of judgment\*\*: <br> *Date de la décision\*\* :* | n/a |
| **Evrakta belirtilen müddetler\*\*:** <br> Time limits stated in the document\*\*: <br> *Indication des délais figurant dans l'acte\*\* :* | Tebliğ edilen belgelerin alınmasından itibaren yirmi bir (21) gün |

\*\* Gerekli görüldüğü takdirde
if appropriate / *s'il y a lieu*

## ☐ GAYRI ADLİ EVRAK\*\*
### EXTRAJUDICIAL DOCUMENT\*\*
### *ACTE EXTRAJUDICIAIRE\*\**

| | |
|---|---|
| **Evrakın mahiyeti ve niçin gönderildiği:** <br> Nature and purpose of the document: <br> *Nature et objet de l'acte :* | |
| **Evrakta belirtilen müddetler\*\*:** <br> Time-limits stated in the document\*\*: <br> *Indication des délais figurant dans l'acte\*\* :* | |

\*\* Gerekli görüldüğü takdirde
if appropriate / *s'il y a lieu*

UHDİGM 2017

EXHIBIT B