| | | |
|---|---|---|
| SONAN BUNKERS UK LIMITED | § | CIVIL ACTION NO. 2:26-cv-00329 |
| | § | |
| v. | § | JUDGE FALLON |
| | § | |
| CAPRAMAR GEMI ISLETMECILIGI | § | MAGISTRATE JUDGE ROBY |
| LTD. STI. AND BLUE OCEAN | § | |
| SHIPPING & CARRIERS CO. | § | ADMIRALTY |

### *EX PARTE* MOTION FOR LEAVE TO FILE <u>CONFIRMATIONS OF DELIVERY</u>

NOW COMES, plaintiff, Sonan Bunkers UK LIMITED ("**Sonan Bunkers**"), through undersigned counsel, and files this *ex parte* motion for leave to file the requests for service abroad which were forwarded this date by undersigned counsel to the Central Authority of Türkiye, as follows:

1.      On February 12, 2026, Sonan Bunkers filed its complaint against Capramar and Blue Ocean to recover $205,250.00 for failure to pay for marine fuel / bunkers Sonan Bunkers had delivered to the M/V SIGMA.  Sonan Bunkers also requested an award of contractual interest, attorneys' fees and all costs of these proceedings.

2.      On February 26, 2026, this Court entered an Order (Doc. 5) granting Sonan Bunkers' *ex parte* motion for extension of time to serve the Complaint and Summons on defendants.

3.      On March 10, 2026, undersigned counsel forwarded two copies of the following documents to the Central Authority of Türkiye for service upon Capramar Gemi Isletmecigli Ltd. Sti. a/k/a Capramar Ship Management ("Capramar"):

   a.      Request for Service Abroad of Judicial or Extrajudicial Documents
   b.      Turkish translation of Request for Service Abroad of Judicial or Extrajudicial Documents
   c.      Complaint (Doc. 1)
   d.      Turkish translation of Complaint

e.      Summons directed to Capramar (Doc. 3)

f.      Turkish translation of Summons directed to Capramar

g.      Certificate of Accuracy

4.      Also on March 10, 2026, undersigned counsel forwarded two copies of the following documents to the Central Authority of Türkiye for service upon Blue Ocean Shipping & Carriers Co. ("Blue Ocean"):

a.      Request for Service Abroad of Judicial or Extrajudicial Documents

b.      Request for Turkish translation of Request for Service Abroad of Judicial or Extrajudicial Documents

c.      Complaint (Doc. 1)

d.      Turkish translation of Complaint

e.      Summons directed to Blue Ocean (Doc. 3-1)

f.      Turkish translation of Summons directed to Blue Ocean

g.      Certificate of Accuracy

5.      On March 16, 2026, this Court entered an Order (Doc. 8) granting Sonan Bunkers' *ex parte* motion for Leave to File Requests for Service Abroad directed to the Turkish Central Authority for service upon Capramar and Blue Ocean via Priority International Mail.

6.      On this date, undersigned counsel received confirmation from the U.S. Postal Service that the Turkish Central Authority has received the documents referenced in paragraphs 3 and 4, *supra*. The confirmation of receipt by the Turkish Central Authority directed to Capramar is attached as Exhibit A. The confirmation of receipt by the Turkish Central Authority directed to Blue Ocean is attached as Exhibit B.

7.      The Court's February 26, 2026, Order required Sonan Bunkers to file with the Court "the return receipts confirming receipt by the Central Authority of Sonan Bunkers' Requests for Service Abroad." (Doc. 5, para. 2.)

8.      In compliance with this Court's Order, Sonan Bunkers requests leave of Court to file Exhibits A and B in the Court record.

WHEREFORE, Sonan Bunkers UK LIMITED requests this Court grant this *ex parte* motion and enter an Order granting it leave to file Exhibits A and B filed with this motion.

New Orleans, Louisiana, this 26th day of March, 2026.

Respectfully submitted:

*/s/ James D. Bercaw*
**JAMES D. BERCAW (#20492)**
**ROBERT J. STEFANI (#19248)**
**KING & JURGENS, L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Email: jbercaw@kingkrebs.com
rstefani@kingkrebs.com

***Attorneys for Sonan Bunkers UK LIMITED***