# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## CH250102847US

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in TURKIYE at 2:28 pm on March 26, 2026.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered**

TURKIYE
March 26, 2026, 2:28 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                               ⌄

**USPS Tracking Plus®**                                                ⌄

**Product Information**                                                ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

<span style="color:red">EXHIBIT A</span>

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

EXHIBIT A